FILED
4/27/2015 12:36:50 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

EXHIBIT A

CAUSE NO. 2011-CI-07922

| | | |
|---|---|---|
| ROBERT SCOTT RANKIN, Individually | § | IN THE DISTRICT COURT |
| RACHELLE RANKIN, Individually and | § | |
| AS NEXT FRIEND FOR AVERY RANKIN, | § | |
| A Minor, AS NEXT FRIEND FOR KARA | § | |
| RANKIN, A Minor and AS NEXT FRIEND | § | |
| FOR SAMUEL RANKIN, A Minor | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | 224th JUDICIAL DISTRICT |
| | § | |
| UNITED PARCEL SERVICE, INC., UNITED | § | |
| PARCEL SERVICE CO., UNITED PARCEL | § | |
| SERVICE GENERAL SERVICES CO., | § | |
| UNITED PARCEL SERVICE OASIS SUPPLY | § | |
| CORPORATION, UPS TRUCK LEASING, | § | |
| INC. and ROLAND LEAL | § | |
| | § | |
| Defendants. | § | BEXAR COUNTY, TEXAS |

## DEFENDANTS' REQUEST TO SUPPLEMENT
## COURT REPORTER'S RECORD

TO:  Mary Helen Vargas, Official Court Reporter, 224th District Court of Bexar County, 100 Dolorosa, San Anton io, Texas 78205, (210) 335-2132.

Under Texas Rule of Appellate Procedure 34.6(d), Defendants, United Parcel Service, Inc. and Roland Leal (together, "Defendants"), request Mary Helen Vargas, the official court reporter of the above court, to prepare and electronically file a supplement to the reporter's record for appeal to the Fourth Court of Appeals, that includes the December 18, 2013, transcript of pretrial motions.

Under Texas Rule of Appellate Procedure 37.3, Defendants accept responsibility to pay for the preparation of the court reporter's the record.

Respectfully submitted,

**KING & SPALDING LLP**


By:  /s/ Thomas M. Gutting____
Thomas M. Gutting
Texas Bar No. 24067640
1100 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

W. Randall Bassett
*Admitted Pro Hac Vice*
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

Ricardo R. Reyna
State Bar No. 16794845
Audrey A. Haake
State Bar No. 08658100
BROCK PERSON GUERRA REYNA, P.C.
17339 Redland Road
San Antonio, Texas 78247-2302
(210) 979-0100
(210) 979-7810 (FAX)

**Counsel for Defendants, United Parcel
Service, Inc. and Roland Leal**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 27, 2015, I used the Court's electronic case filing system to file this Request to Supplement Court Reporter's Record and to serve this document on the counsel for plaintiffs and appellees:

Doug Perrin
The Perrin Law Firm
325 N. Saint Paul St., Suite 600
Dallas, TX 75201-3828

Peter D. Marketos
Reese Gordon Marketos LLP
750 N. Saint Paul St., Suite 610
Dallas, Texas 75201

/s/ Thomas M. Gutting
Thomas M. Gutting